UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DMITRIY A. DIMOV, ) <br> ) <br>    *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> EMC MORTGAGE CORPORATION, ) <br> 1ST MARINER BANK, MORTGAGE ) <br> ELECTRONIC REGISTRATION SYSTEMS, ) <br> INC., WILSON & ASSOCIATES, PLLC, ) <br> SHELLIE WALLACE, an individual, ) <br> TERSA PETTYPOOL, an individual, ) <br> and DOES 1-20, ) <br> ) <br>    *Defendants*. ) | Case No. 1:11-CV-160 <br><br> Chief Judge Curtis L. Collier |

## **JUDGMENT ORDER**

Before the Court are three separate motions to dismiss filed by the following defendants: EMC Mortgage Corporation ("EMC") and Mortgage Electronic Registration Systems ("MERS") (Court File No. 7); Wilson & Associates, PLLC, Shellie Wallace, and Tersa Pettypool (collectively, the "Wilson Defendants") (Court File No. 11); and 1st Mariner Bank ("1st Mariner") (Court File No. 14). Defendants seek dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6). *Pro se* Plaintiff Dmitriy A. Dimov ("Plaintiff") did not file a response to Defendants' motions to dismiss.

For the reasons provided in the accompanying memorandum, the Court will **GRANT** Defendants' motions to dismiss (Court File Nos. 7, 11, and 14) and **DISMISS** this action. Because there are no issues remaining for adjudication, the Clerk's office is directed to **CLOSE** this case.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT